ROBERT A. BUCCOLA, ESQ. / SBN: 112880
STEVEN M. CAMPORA, ESQ. / SBN: 110909
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL | Case No.: 2:11-cv-01545-GEB-GGH |
| Plaintiff, | **ORDER APPOINTING GUARDIAN AD LITEM FOR PLAINTIFFS TO INSTITUTE ACTION** |
| v. | |
| The UNITED STATES OF AMERICA, | |
| Defendants, | |

Jennifer Botell is hereby appointed Guardian ad Litem for the minor, K.B., for the purpose of bringing a civil action in this court against the UNITED STATES OF AMERICA for personal injury arising from an incident that occurred in Lassen Volcanic National Park on or about July 29, 2009.

**Date:  6/20/2011**

GARLAND E. BURRELL, JR.
United States District Judge

-1-
ORDER APPOINTING GUARDIAN AD LITEM FOR PLAINTIFFS TO INSTITUTE ACTION