BENJAMIN B. WAGNER
United States Attorney
SYLVIA QUAST
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant . | Case No. 2:11-cv-01545-GEB-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING DATES ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  June 4, 2012<br>Time:  9:00 a.m.<br>Ctrm:  10, 13th floor<br>Hon. Garland E. Burrell |

Pursuant to Local Rules 144 and 230(f) and due to the serious medical emergency of a family member of the Assistant United States Attorney having primary responsibility for the handling of this case, Plaintiffs and Defendant in this action stipulate to continue the hearing and briefing dates on Plaintiffs' Motion for Partial Summary Judgment ("Motion" at Docket # 32), as follows:

1. The United States' opposition to the Motion will be due on June 25, 2012, as will its cross-motion for summary judgment in response to the Motion ("Cross-Motion").

2. Plaintiffs' opposition to the Cross-Motion will be due on July 16, 2012.

3. Plaintiffs' reply on their Motion and the United States' reply on its Cross-Motion will be due on July 23, 2012.

4. The hearing on the Motion, currently set for June 4, 2012, will be continued to July 30, 2012, at 9:00 a.m. and the United States' Cross-Motion will be set for hearing at the same time.

DATED: May 21, 2012          BENJAMIN B. WAGNER
                             United States Attorney


                        By:   /s/ Sylvia Quast
                             SYLVIA QUAST
                             J. EARLENE GORDON
                             Assistant U.S. Attorneys

                             Attorneys for Defendant


DATED: May 21, 2012          DREYER BABICH BUCOLA WOOD
                             CAMPORA, LLP


                        By:   /s/ Steven M. Campora
                             STEVEN M. CAMPORA

                             Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  May 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge