ROBERT A. BUCCOLA, ESQ. / SBN: 112880
STEVEN M. CAMPORA, ESQ. / SBN: 110909
CATIA G. SARAIVA, ESQ. / SBN: 232479
RONALD J. MARTINEZ, ESQ. / SBN: 262628
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, THOMAS BOTELL<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | Case No.: 2:11-cv-01545-GEB-GGH<br><br>**JOINT MOTION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER [DOC. 26]**<br><br><br><br>**Judge: Hon. Garland E. Burrell** |

Pursuant to Local Rule 144, and for good cause, Plaintiffs and Defendant jointly move the Court for an Order modifying the Status (Pretrial Scheduling) Order ("Scheduling Order") [Doc. 26] to extend the dates for expert disclosures.  In support of their motion, the parties, through their respective counsel, state as follows:

1. Under the current Scheduling Order discovery is due to be completed by February 1, 2013.  The parties are actively engaging in discovery in a good faith effort to complete discovery in a timely manner.  Numerous depositions have been taken, and written discovery is progressing.

---

**Joint Motion and Order Modifying Status (Pretrial Scheduling) Order [Doc. 26]**

2. It has become evident to the parties that additional discovery must be completed before they can prepare their initial expert witness disclosures, which are currently due to be filed on August 3, 2012.

3. Consequently, there is also insufficient time under the current Scheduling Order for preparation of rebuttal expert witness disclosures by September 7, 2012.

4. Pursuant to Local Rule 144(b), the parties have not previously sought or obtained any extensions of the pretrial dates in this matter.

5. The proposed amended dates for expert disclosures will not require a change in any other dates set out in the Scheduling Order.  The Final Pretrial Conference date of June 10, 2013 and the Trial date of September 10, 2013 remain unchanged under this proposed modification.

6. THEREFORE, THE PARTIES request the following modifications of the Scheduling Order:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Initial Expert Witness Disclosure | August 3, 2012 | **December 3, 2012** |
| Rebuttal Expert Disclosure | September 7, 2012 | **January 9, 2013** |
| Expert Discovery Cutoff | None | **March 7, 2013** |

For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the Scheduling Order to provide the parties sufficient time to disclose expert and rebuttal expert witnesses, to prepare expert reports, and to adequately conduct the remaining discovery necessary to prosecute and defend this matter.

DATED: July 16, 2012            **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By:   /s/ Ronald J. Martinez
      STEVEN M. CAMPORA
      CATIA G. SARAIVA
      RONALD J. MARTINEZ
      Attorneys for Plaintiffs

DATED: July 16, 2012    **BENJAMIN B. WAGNER**
United States Attorney


By:   /s/ J. Earlene Gordon
J. EARLENE GORDON
Assistant U.S. Attorney
Attorneys for Defendant


### ORDER

**IT IS SO ORDERED**, that the Status (Pretrial Scheduling) Order [Doc. 26] is modified as follows:

1. Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert disclosure requirements on or before December 3, 2012;

2. The time for any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) shall be January 9, 2013; and

3. Expert discovery shall be completed by March 7, 2013.

**Date: 7/17/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Joint Motion and Order Modifying Status (Pretrial Scheduling) Order [Doc. 26]**