ROBERT A. BUCCOLA, ESQ. / SBN: 112880
STEVEN M. CAMPORA, ESQ. / SBN: 110909
CATIA G. SARAIVA, ESQ. / SBN: 232479
RONALD J. MARTINEZ, ESQ. / SBN: 262628
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 2:11-cv-01545-GEB-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>**DATE: August 9, 2012**<br>**TIME: 10:00 a.m.**<br>**DEPT: 9**<br>**JUDGE: Hon. Gregory Hollows** |

Pursuant to Local Rules 144 and 230(f), Plaintiffs and Defendant in this action stipulate to continue the hearing on Plaintiff's Motion to Compel Further Responses to Plaintiffs' Request for Production of Documents ("Motion" at Docket No. 36), as follows:

1.    The hearing on the Motion, currently scheduled for August 9, 2012, at 10:00 a.m. in Dept. 9, is continued to August 23, 2012, at 10:00 a.m. in Dept. 9 of the above-entitled Court; and

/ / /

/ / /

/ / /

/ / /

2. The parties "Joint Statement re Disagreement" will be due on August 16, 2012 in accordance with Local Rule 251(a).

DATED:  July 31, 2012            **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ *Steven M. Campora*
ROBERT A. BUCCOLA
STEVEN M. CAMPORA
Attorneys for Plaintiffs

DATED:  July 31, 2012            **BENJAMIN B. WAGNER**
United States Attorney

By: /s/ *J. Earlene Gordon*
SYLVIA QUAST
J. EARLENE GORDON
*Assistant U.S. Attorneys*
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: August 3, 2012            /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE