BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant . | CASE NO. 2:11-cv-01545-GEB-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE AND RELATED DATES ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:    September 6, 2012<br>Time:   10:00 a.m.<br>Ctrm:   9, 13th Floor<br>Hon. Gregory G. Hollows |

Pursuant to the Court's Order of August 22, 2012 [Doc. 51] counsel for Plaintiffs and Defendant met in person on August 23, 2012 to discuss the current discovery dispute in an effort to resolve any differences.  Among other things, the parties discussed the exigencies of the Ponderosa Fire in Northern California which threatened Park headquarters and the homes of Park employees, and which has on an emergency basis demanded the time and attention of those involved in producing documents in this case on behalf of Defendant.  As a result, Plaintiffs and Defendant have agreed to stipulate, pursuant to Local Rules 144 and 230(f), to continue the hearing date and the dates

**STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL AND PROPOSED ORDER**                                                                 1

connected with the preparation and filing of the Joint Statement re: Discovery Dispute relating to Plaintiffs' Motion to Compel as follows, in order to give the parties sufficient time to resolve remaining issues:

1. Plaintiffs shall serve on defense counsel their draft joint statement no later than 4:00 p.m. on September 5, 2012.

2. Defense counsel shall insert appropriate agreement/opposition to each disputed discovery request and file the joint statement no later than 5:00 p.m. on September 7, 2012.

3. The hearing on the motion to compel will be continued to 10:00 a.m. on September 13, 2012, in Courtroom 9 before the Honorable Gregory G. Hollows.

DATED: August 24, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ *J. Earlene Gordon*
J. EARLENE GORDON
Assistant United States Attorney
Attorneys for Defendant

DATED: August 24, 2012

DREYER, BABICH, BUCOLA,
WOOD, CAMPORA, LLC

By: /s/ *Steven M. Campora*
STEVEN M. CAMPORA
Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED.

DATED: August 28, 2012                /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL AND PROPOSED ORDER**           2