IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BOTELL, et al.,

        Plaintiffs,                  No. CIV S-11-1545 GEB GGH

     vs.

UNITED STATES OF AMERICA,

        Defendant.                <u>ORDER</u>

_____/

        The court is in receipt of plaintiffs' counsel's letter, as well as defendant's responsive letter, dated January 18, 2013. Although the United States was advised in the court's tentative ruling at the January 17, 2013 hearing to prepare to have Sean Eagan produced for deposition, no formal ruling has yet been issued. If the court ultimately in a formal order requires the attendance of Mr. Eagan at deposition, the terms and conditions of his appearance shall be specified in the order. If it is true that the United States has indicated to plaintiffs' counsel that the only available date for deposition is January 23, 2013, (some five days from today's date), and Pago Pago, American Samoa, is the only location, the United States has no authority to make that demand. The court's order with respect to the Eagan deposition will include a discussion of whether the present discovery cutoff has been extended.

        The court ORDERS further depositions of John Roth and Darlene Koontz with

1

respect to the issue of "shredding documents" only, and the parties shall schedule those depositions prior to the present discovery cutoff.[1]

DATED: 1/18/2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH/076
Botell1545.Eag.wpd

---

[1] Further deposition of Joseph Pettegrew will not be taken.

2