IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BOTELL, et al.,

        Plaintiffs,                No. CIV S-11-1545 GEB GGH

     vs.

UNITED STATES OF AMERICA,

        Defendant.               ORDER

_____/

        In light of tentative orders made at hearing by the magistrate judge on January 17, 2013, and good cause appearing, IT IS ORDERED that:

        1. The discovery deadline is extended from February 1, 2013 to March 15, 2013, for purposes of taking the deposition of Sean Eagan only;

        2. Dispositive motion deadline is extended from April 8, 2013 to May 6, 2013; and

        3. Pretrial conference is continued from June 10, 2013 to July 8, 2013 at 3:30 p.m.

Dated: January 24, 2013

                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge

1