IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BOTELL, et al.,

    Plaintiffs,                    No. CIV S-11-1545 GEB GGH

    vs.

UNITED STATES OF AMERICA,

    Defendant.                    ORDER

        Plaintiffs' motion for sanctions for spoliation of evidence presently is calendared for hearing on January 31, 2013. In light of recent orders permitting further depositions, the hearing on this motion will be continued.

        Accordingly, IT IS ORDERED that: the January 31, 2013 hearing on plaintiffs' motion for sanctions, filed December 24, 2012, is continued to February 14, 2013.

DATED: January 24, 2013

                /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

GGH:076:Botell1545.hrg.wpd