UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants, | Case No.: 2:11-cv-01545-TLN-GGH<br><br>**ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME** |

  The Court, having received and reviewed the ex parte application for an order shortening time for the hearing on Plaintiffs' motion to strike the motion for summary judgment filed by the UNITED STATES OF AMERICA, and good cause appearing, hereby orders as follows:

  The Ex Parte Application is granted. Plaintiffs shall file and serve their motion to strike Defendant's motion for summary judgment on May 21, 2013. Any opposition to the motion shall be filed and served on May 28, 2013. No reply papers will be allowed. The motion shall be heard on June 6th, 2013, in Courtroom 2.

///

///

1  In light of Plaintiffs' proposed motion to strike Defendant's motion for summary
2  judgment, the hearings on Defendant's motion for summary judgment (ECF 102) and Plaintiffs'
3  motion for partial summary judgment (ECF 92) are hereby vacated and reset for June 20,
4  2013.
5  DATED:  May 17, 2013

*[signature]*

Troy L. Nunley
United States District Judge