UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants, | Case No.: 2:11-cv-01545-TLN-GGH<br><br>**ORDER GRANTING EX PARTE APPLICATION TO FILE LONGER MEMORANDUM** |

   The Court having received and reviewed the Ex Parte Application of Plaintiffs to file a longer Memorandum in Opposition to Defendant's Cross Motion for Summary Judgment, and good cause appearing, hereby orders as follows:

   Good cause appearing, the motion is granted.  Plaintiffs may file a Memorandum in excess of the twenty (20) page limit, but not to exceed more than twenty-five (25) pages.

   IT IS SO ORDERED.

   Date:  June 3, 2013

_____
Troy L. Nunley
United States District Judge