UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants, | Case No.: 2:11-cv-01545-TLN-GGH<br><br>**ORDER APPROVING MINORS' COMPROMISE** |

The Court having received and reviewed Plaintiffs' Notice of Application for Approval of Minors' Compromise, hereby orders as follows:

Good cause appearing, the Plaintiffs' Application for Approval of Minors' Compromise is granted.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
Troy L. Nunley
United States District Judge

-1-

**ORDER APPROVING MINORS' COMPROMISE**