UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs THOMAS BOTELL, JENNIFER BOTELL, individually, and B.B. and K.B., minors, by and through their Guardian ad Litem, JENNIFER BOTELL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants, | Case No.: 2:11-cv-01545-TLN-GGH<br><br>**ORDER APPROVING SETTLEMENT** |

The court having read the stipulated ex parte application (ECF 159), the prior Stipulation for Compromise Settlement and Release, and the modified Stipulation for Compromise Settlement and Release, and good cause appearing, approves the settlement based on the agreement as executed. All other terms and provisions of the Minor's Compromise approved on November 12, 2013, (ECF 158) remain in force and effect.

　　　　IT IS SO ORDERED.

Date: February 20th, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

APPROVED AS TO FORM.

　　　　　　　　By:　_/s/ Gregory T. Broderick_____
　　　　　　　　　　　Gregory T. Broderick
　　　　　　　　　　　Assistant United States Attorney

-1-